CITY OF WESTON, Respondent,

v.

Roland B. MILLER, Jr., Appellant.

No. WD 39036.

Missouri Court of Appeals,
Western District.

May 10, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Roland B. Miller, Jr., Platte City, for appellant.

Abe Shafer, Weston, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of driving while intoxicated, Weston, Missouri, Ordinance 2.522.1 (October 11, 1982), and sentence of sixty-days confinement and $500 fine.

Judgment affirmed. Rule 30.25(b).

■

STATE of Missouri, Respondent,

v.

Roland B. MILLER, Jr., Appellant.

No. WD 39496.

Missouri Court of Appeals,
Western District.

May 17, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Roland B. Miller, Platte City, pro se.

Victor B. Peters, Pros. Atty., Platte City, for respondent.

Before NUGENT, P.J., and CLARK and SHANGLER, JJ.

ORDER

PER CURIAM.

Appeal from conviction of two counts of harassment, § 565.090, RSMo 1986, and punishment of fines in the respective amounts of $1,000.00 and $800.00.

Judgment affirmed. Rule 30.25(b).